UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDEANALYTICS, INC.,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

Case No. 15-cv-04101-JST

**SCHEDULING ORDER**

Good cause having been shown, both parties may file early cross motions for summary judgment regarding the existence of a duty to defend, which motions will not count against the limit of one motion for summary judgment per party in the Court's standing order for civil cases.

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline to add parties or amend the pleadings | December 17, 2015 |
| Fact discovery cut-off | August 26, 2016 |
| Expert disclosures | September 16, 2016 |
| Expert rebuttal | October 7, 2016 |
| Expert discovery cut-off | October 21, 2016 |
| Deadline to file dispositive motions | November 11, 2016 |
| Pretrial conference statement due | January 24, 2017 |

| Event | Deadline |
|---|---|
| Pretrial conference | February 3, 2017 at 2:00 p.m. in Oakland |
| Trial | February 27, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | 4 to 6 days |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: December 16, 2015

_____
JON S. TIGAR
United States District Judge